IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD HEIDINGER, | ) | No. C 07-2473 MMC (PR) |
| Petitioner, | ) ) | **ORDER OF DISMISSAL; DENYING MOTIONS FOR APPOINTMENT OF COUNSEL, FOR FINANCIAL ASSISTANCE AND FOR EVIDENTIARY HEARING; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | ) ) ) ) | |
| JAMES A. YATES, | ) ) | |
| Respondent. | ) ) | **(Docket Nos. 2-5)** |
| _____ | ) | |

On May 8, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a 2003 conviction in Monterey County Superior Court.

Petitioner already has pending in this court a habeas action pertaining to the same state court conviction. See Heidinger v. Yates, No. C 07-0429 MMC (PR). There is no need to have two open cases pertaining to a single habeas petition. Cf. 28 U.S.C. § 2244(b)(3)(A) (prohibiting filing of second or successive petition challenging same conviction without prior authorization from United States Court of Appeals). Consequently, the instant action will be dismissed, and petitioner will be permitted to proceed with his challenge to his state court conviction by way of his earlier-filed case, which will remain open.[1]

---

[1] The Court notes that on May 24, 2007 petitioner was granted, in his earlier-filed case, thirty days in which to file a habeas petition therein. If petitioner wishes to proceed with the petition he has filed in the instant action, petitioner must file it in his earlier-filed case on or before June 23, 2007.

1   Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

2   In light of the dismissal, petitioner's motions for appointment of counsel, for financial
3   assistance and for an evidentiary hearing are hereby DENIED. Petitioner may request such
4   relief in his earlier-filed action following his filing of a habeas petition therein.

5   In light of petitioner's lack of funds, the application to proceed in forma pauperis is
6   GRANTED.

7   This order terminates Docket Nos. 2-5.

8   The Clerk shall close the file.

9   IT IS SO ORDERED.

10  DATED: June 13, 2007

11  _____
    MAXINE M. CHESNEY
12  United States District Judge