Gerald Heidinger, T-95777
Pleasant Valley State Prison
Post Office Box 8504
Coalinga, California 93210
*In Propria Persona*

FILED
08 JUL -7 PM 3:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In The United States District Court
For The Northern District Of California

| | |
|---|---|
| Gerald Heidinger,<br>   Petitioner,<br><br>v.<br><br>James A. Yates, Warden,<br>   Respondent. | Case No. C07-0429 MMC (PR)<br>Request For Docket Reports<br>On Case Nos. C06-0506 MMC (PR);<br>C06-2832 MMC (PR); C07-0429<br>MMC (PR); and, C07-2473 MMC (PR) |

To: The Clerk of the Court,
To The Honorable Maxine M. Chesney United States District Judge.

I, Gerald Heidinger, declare that I am petitioner in Case Nos. C06-0506 MMC (PR), C06-2832 MMC (PR), C07-0429 MMC (PR), and C07-2473 MMC (PR), and that I am indigent and unable to afford counsel.

For my preparation in filing an expected upcoming Traverse in Case No. C07-0429 MMC (PR) I hereby request The Clerk Of The Court send me the Docket Report for each of the four (4) cases, (listed above).

SIGNED UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT ON THIS 1ST DAY OF JULY, 2008 AT COALINGA, CALIFORNIA.

Gerald Heidinger

Pleasant Valley State Prison
Post Office Box 8504
Coalinga, California 93210-8504

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

Law Library

Office Of The Clerk
United States District Court
For The Northern District Of California
450 Golden Gate Avenue
San Francisco, CA 94102

